## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tisha Franklin, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Del Monte Foods, Inc.<br><br>Defendant. | Case No. 1:23-cv-08786<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tisha Franklin

hereby dismisses all claims against Defendant Del Monte Foods, Inc., with prejudice.

Dated: New York, New York
      March 12, 2024

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By:    */s/ Adrian Gucovschi*
        Adrian Gucovschi

140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorney for Plaintiff Tisha Franklin*